United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURORA VASQUEZ, et al., <br> Plaintiffs, <br> v. <br> COUNTY OF SANTA CLARA, et al., <br> Defendants. | Case No. 5:16-cv-05436-EJD <br><br> **ORDER TO FILE AMENDED PRETRIAL CONFERENCE STATEMENT** |

A pretrial conference in this case is scheduled for June 29, 2017. The parties have filed a joint pretrial conference statement (Dkt. No. 22) that states: "The parties request that the pretrial conference statement be rescheduled to 30 days after the ruling on the motion for summary judgment."

By **4:00 p.m. on June 26, 2017**, the parties shall file an amended statement containing a schedule as required by this Court's standing order.

**IT IS SO ORDERED.**

Dated: June 23, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-05436-EJD
ORDER TO FILE AMENDED PRETRIAL CONFERENCE STATEMENT

1