JAMES R. WILLIAMS, County Counsel (S.B. #271253)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
L. JAVIER SERRANO, Deputy County Counsel (S.B. #252266)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, JOHN HIROKAWA, BLANCA HOYT, MARYANN BARRY, BEVERLY PURDY, NANCY MAGER, MICHAEL MANNSTOCK, LAURA FERGUSON, JAY CHOI, MARK NAVARETTE, ERICA RIVERA, AND MARK BRUGUERA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

AURORA VASQUEZ, an individual, et al.,

　　　　Plaintiffs,

v.

COUNTY OF SANTA CLARA, a public entity, et al.,

　　　　Defendants.

No. 16-CV-05436 EJD

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EXHIBITS A AND B TO THE DECLARATION OF L. JAVIER SERRANO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

After considering Defendants' August 17, 2017 Administrative Motion to Seal pursuant to Local Rules 7-11(a) and 79-5(b), for compelling reasons,

**IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to seal is GRANTED; and

2. The Clerk shall seal the designated portions of Exhibits A and B to the Declarations of L. Javier Serrano in Support of Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED**.

Dated: December 20, 2017

　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　United States District Court

1602349