DAVID KRAFT [SBN 83533]
JOHANNA CARVAJAL [SBN 283445]
LAW OFFICE OF DAVID KRAFT
181 Devine Street
San Jose, California 95110
P: (408) 293-6193
F: (408) 275 – 0412

*Attorney for Plaintiffs*,
Aurora Vasquez and HECTOR Lozano Jr., a minor,
by and through his Guardian Ad Litem,
Evonne Morales.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AURORA VASQUEZ, an individual, and HECTOR LOZANO, JR, a minor, by and through his Guardian Ad Litem, EVONNE MORALES, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNTY OF SANTA CLARA et al.<br><br>*Defendants*. | Case No.: 16-CV-05436 EJD<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL EXHIBITS 4, 27, AND 44 TO THE DECLARATION OF DAVID KRAFT |

After considering Plaintiffs' August 31, 2017 Administrative Motion to Seal pursuant ot Local Rule 7-11(a) and 79-5(b), for compelling reasons,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' motion to seal is GRANTED; and

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL EXHIBITS 4, 27, AND 44 TO THE DECLARATION OF DAVID KRAFT.

1

2. The clerk shall seal the designated portions of Exhibit 4, 27, and 44 to the Declaration of David Kraft in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

IT SO ORDERED:

Dated: December 20, 2017

EDWARD J. DAVILA
United States District Court

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL EXHIBITS 4, 27, AND 44 TO THE DECLARATION OF DAVID KRAFT.

2