UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURORA VASQUEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | Case No. 5:16-cv-05436-EJD<br><br>**JUDGMENT** |

Defendants' motion for summary judgment having been granted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: December 20, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-05436-EJD
JUDGMENT

1